Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KERN, | Case No.:  C 09-1988 SBA (JCS) |
| Plaintiff, | **STIPULATION AND  ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CAMP DRESSER & MCKEE, INC. LTD PLAN and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own attorney fees and costs.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                              (C 09-1988 SBA (JCS))
1

Dated: December 11, 2009

          RIMAC MARTIN, PC

BY: _____/S/_____

    Anna Martin
Attorneys for Defendants
CAMP DRESSER & MCKEE, INC. LTD PLAN and METROPOLITAN LIFE INSURANCE COMPANY

Dated: December 11, 2009

By: _____/S/_____

    Steven M. Chabre
Attorney for Plaintiff
SUSAN KERN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/14/09        By: *Saundra B. Armstrong*
                                  Saundra B. Armstrong
                                  U.S. DISTRICT COURT JUDGE